# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MANSHUM ENTERPRISES, INC.,
JEFF GREEN, d/b/a Central Texas
Health Insurance,
          Plaintiffs,

-vs-                                        Case No. 6:06-cv-533-Orl-28JGG

NATIONAL BUSINESS INFORMATION
CORPORATION,
RICHARD J. MCHENRY, SR.,
          Defendants.
_____/

## ORDER

This case is before the Court on Motion to Remand (Doc. No. 21) filed May 26, 2006. The United States Magistrate Judge has submitted a report recommending that the motion be Granted.

After an independent *de novo* review of the record in this matter, and consideration of the objection filed by Defendant McHenry (Defendant's Motion To Rescind Remand Action and To Dismiss (Doc. 27) taken as an objection), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed June 16, 2006 (Doc. No. 26) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Motion to Remand (Doc. 21) is **GRANTED;** this Court lacks subject matter jurisdiction and Defendants failed to effect proper removal.

    3.    Defendants' Motion to Dismiss (Doc. 25) is **DENIED** as moot.

4.  The Clerk is directed to remand this case to Travis County, Texas, in Cause Number C-1-CV-05-002706 in County Court at Law No. 2.

5.  This Court retains jurisdiction to decide motion(s) for award of attorney's fees and costs. Any such motions shall be filed no later than October 31, 2006.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 2nd day of August, 2006.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party