UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MANSHUM ENTERPRISES, INC.,
JEFF GREEN, d/b/a Central Texas
Health Insurance,
                Plaintiffs,

-vs-                                            Case No. 6:06-cv-533-Orl-28JGG

NATIONAL BUSINESS INFORMATION
CORPORATION,
RICHARD J. MCHENRY, SR.,
                Defendants.
_____/

## ORDER

This case is before the Court on Plaintiffs' Request for Attorney's Fees (Doc. No. 28) filed June 30, 2006. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed July 31, 2006 (Doc. No. 30) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiffs' Request for Attorney's Fees is **DENIED** without prejudice.

    3.    As stated in this Court's August 2, 2006 Order, any motion(s) for attorney's fees shall be filed no later than October 31, 2006.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___18___ day of August, 2006.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party